UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NANCY CARRASQUILLO,

    Plaintiff,

v.                                    CASE NO. 8:13-CV-2510-T-27MAP

CAROLYN W. COLVIN, as
Acting Commissioner of the Social
Security Administration,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3), the Plaintiff seeks judicial review of an administrative decision denying her Supplemental Security Income benefits and Disability Insurance Benefits. At this juncture, the Commissioner seeks entry of an order remanding the case to the Commissioner for further administrative action. The Commissioner asserts the following: "Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to include and exhibit the opinions of the State Agency medical/psychological consultants; reassess Plaintiff's residual functional capacity; and obtain evidence from a vocational expert; and take any other action deemed necessary." (Doc 20 at 1).

Plaintiff has no objection. Accordingly, it is

RECOMMENDED that:

1.     The Commissioner's Motion for Entry of Judgment with Remand (doc. 20) be GRANTED and the case be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3).

2. The Clerk of Court be directed to enter judgment for the Plaintiff, and to administratively close this case.

IT IS SO REPORTED at Tampa, Florida on April 1, 2014.

_____
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its service shall bar an aggrieved party from attaching the factual findings on appeal.  28 U.S.C. § 636(b)(1).