UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NANCY CARRASQUILLO,

    Plaintiff,

v.                                                              Case No: 8:13-cv-2510-T-27MAP

CAROLYN W. COLVIN, as Acting
Commissioner of the Social Security
Administration,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 21) from the Magistrate Judge recommending that the Commissioner's Motion for Entry of Judgment with Remand (Dkt. 20) be granted and the case be remanded pursuant to sentence four of 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3). Neither party filed objections and the time for doing so has expired.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. App'x. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law,

1. The Report and Recommendation (Dkt. 21) is **APPROVED** and **ADOPTED** for all purposes, including for appellate review.

2. The Acting Commissioner's Unopposed Motion for Entry of Judgment with Remand (Dkt. 20) is **GRANTED**.

3. This case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3) for further proceedings.

4. The Clerk shall enter judgment in favor of Plaintiff and against the Acting Commissioner and **CLOSE** the file.

**DONE AND ORDERED** this 16th day of April, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of record